```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE J01-0003--CR (JKS)
                                    "USA V KENNETH G. KLEPINGER"
                                    DEF 1.1 KLEPINGER, KENNETH G.

                         Including terminated defendants, excluding terminated counsel


       Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
      Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
                 Filed: 05/17/01
                Closed: 03/19/02
    No. of Defendants: 1
        MJ Case Number:
                   AKA:
       Location status: Released on Bond
            Trial date: 12/10/01
            Terminated: YES
    Needs interpreter: NO
     Counsel of record: Joan M. Wilson
                        Attorney General's Office
                        100 Cushman Street
                        Fairbanks, AK 99701
                        907-257-5300
                        FAX 907-257-5399
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial

                        Peter C. Anderson
                        Davis Wright et al
                        200 Providence Road, Suite 200
                        Charlotte, NC 28207-1437
                        704-332-0800
                        Serve: NO
                         Type: Retained
                         Role: Pretrial/Trial

                        Charles P. Murdter
                        Davis Wright Tremaine LLP
                        One Embarcadero Center, Ste 1600
                        San Francisco, CA 94111-3834
                        415-276-6500
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Daniel R. Cooper
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        FAX 907-271-2344
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J01-0003--CR (JKS)
                "USA V KENNETH G. KLEPINGER"
                DEF 1.1 KLEPINGER, KENNETH G.
```

Including terminated defendants, excluding terminated counsel

Counts re: DEF 1.1 KLEPINGER, KENNETH G.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 2 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 3 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 4 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 5 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 6 | 18:1347 HEALTH CARE FRAUD (F) | Dismissed (122-1) |
| 1 - 1 IND | 7 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 8 | 18:1347 HEALTH CARE FRAUD (F) | Dismissed (122-1) |
| 1 - 1 IND | 9 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 10 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 11 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 12 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 13 | 18:1347 HEALTH CARE FRAUD (F) | Sentenced (118-1) |
| 1 - 1 IND | 14 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |
| 1 - 1 IND | 15 | 18:1347 HEALTH CARE FRAUD (F) | Dismissed (122-1) |
| 1 - 1 IND | 16 | 18:1347 HEALTH CARE FRAUD (F) | Acquitted (77-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE J01-0003--CR (JKS)
                                     "USA V KENNETH G. KLEPINGER"
                                     DEF 1.1 KLEPINGER, KENNETH G.

                        Including terminated defendants, excluding terminated counsel
```

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 17 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 18 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 19 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 20 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 21 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 22 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 23 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 24 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 25 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 26 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 27 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 28 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 29 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 30 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 31 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 32 | 18:1347 HEALTH CARE FRAUD (F) | | Acquitted (77-1) |
| 1 - | 1 IND | 33 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |
| 1 - | 1 IND | 34 | 18:1347 HEALTH CARE FRAUD (F) | | Dismissed (122-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE J01-0003--CR (JKS)
                                  "USA V KENNETH G. KLEPINGER"
                                   DEF 1.1 KLEPINGER, KENNETH G.

                    Including terminated defendants, excluding terminated counsel


    1 -    1 IND    35      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    36      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    37      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    38      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    39      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    40      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    41      18:1347 HEALTH CARE FRAUD (F)                           Acquitted
                                                                                    (77-1)

    1 -    1 IND    42      18:1341 MAIL FRAUD (F)                                  Sentenced
                                                                                    (118-1)

    1 -    1 IND    43      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Acquitted
                                                                                    (77-1)

    1 -    1 IND    44      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    45      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    46      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    47      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    48      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    49      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    50      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    51      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)

    1 -    1 IND    52      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)                Dismissed
                                                                                    (122-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE J01-0003--CR (JKS)
                            "USA V KENNETH G. KLEPINGER"
                            DEF 1.1 KLEPINGER, KENNETH G.

              Including terminated defendants, excluding terminated counsel
```

| | | | | |
|---|---|---|---|---|
| 1 - 1 | IND | 53 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (122-1) |
| 1 - 1 | IND | 54 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (122-1) |
| 1 - 1 | IND | 55 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (122-1) |
| 1 - 1 | IND | 56 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (122-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                                "USA V KENNETH G. KLEPINGER"

                                     For all filing dates


  Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 05/17/01
             Closed: 03/19/02
No. of Defendants: 1


 Document #   Filed       Docket text

     1 -  1   05/17/01    [Re: DEF 1] PLF 1 Indictment.

     2 -  1   05/18/01    [Re: DEF 1] JDR Grand Jury Minutes; summons; set for arr and notify USM;
                          bail O/R.

  NOTE -  1   05/21/01    Issued: Summons

  NOTE -  2   05/21/01    Issued: Proposed Trial Date Setting For Arr to CMC for USDJ.

     3 -  1   05/21/01    [Re: DEF 1] PMP Minute Order re Arr set for 6/18/01 at 1:00 p.m. cc:
                          USA, USM, USPO K. Klepinger w/USM cy

     4 -  1   06/07/01    USM Return of svc on summons re: DEF 1 on 6/4/01.

     5 -  1   06/19/01    [Re: DEF 1] PMP Court Minutes [ECR Gala Nelson] Arraignment (held
                          6/18/01): Def pled not guilty to counts 1-56; conditions of release
                          filed.

     6 -  1   06/19/01    [Re: DEF 1] Order setting conditions of release: rpt to PTS weekly or as
                          directed; not to leave Alaska except to Montana 6/20-26/01. cc: USA,
                          cnsl, USM, USPO, def w/cnsl cy

     7 -  1   06/20/01    [Re: DEF 1] PMP Order regarding preparation for trial: cnsl to confer by
                          7/2/01; ptm to be filed by 7/2/01. cc: USA, cnsl, USM, USPO, def w/cnsl
                          cy

     8 -  1   06/22/01    DEF 1 Attorney Appearance of Joan M. Nockels (DAVIS).

  NOTE -  3   06/26/01    Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill

     9 -  1   07/02/01    [Re: DEF 1] PLF 1 motion (application) to use digital evidence
                          presentation system.

     9 -  2   07/05/01    [Re: DEF 1] HRH Order granting motion (application) to use digital
                          evidence presentation system (9-1) for TBJ. cc: USA, J. Nockels, ECR

    10 -  1   07/05/01    [Re: DEF 1] HRH Minute Order setting TBJ for 7/30/01 at 9:00 a.m., in
                          Juneau. cc: USA, USM, PO, J. Nockels, MJ Pallenberg, jury clerk, Chief
                          Judge Singleton, Juneau Clerk

    11 -  1   07/11/01    [Re: DEF 1] PLF 1 Unopposed motion to take deposition (Rule 15, F.R.
                          Crim.P.).

    12 -  1   07/12/01    [Re: DEF 1] PLF 1 Certification re: disc conf.

    13 -  1   07/16/01    [Re: DEF 1] PMP Order granting unopposed motion re: taking of deposition
                          of Prairie Labs' representative w/govt to pay costs of travel and
                          subsistence of DEF and DEF's cnsl and costs of transcripts. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                             "USA V KENNETH G. KLEPINGER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 07/16/01 | DEF 1 motion to allow nonresident attorney Peter Anderson to appear & participate w/att exh. |
| 15 - 1 | 07/16/01 | DEF 1 motion to allow nonresident attorney Charles P. Murdter to appear & participate w/att exh. |
| 16 - 1 | 07/17/01 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to allow nonresident attorney Peter Anderson to appear & participate (14-1), DEF 1 motion to allow nonresident attorney Charles P. Murdter to appear & participate (15-1) |
| 17 - 1 | 07/19/01 | DEF 1 motion to continue trial |
| 18 - 1 | 07/19/01 | DEF 1 motion for shortened time re #17 |
| 19 - 1 | 07/19/01 | [Re: DEF 1] PMP Order granting motion to allow nonresident attorney Peter Anderson to appear & participate (14-1).  cc: USA, J. Nockels, P. Anderson |
| 20 - 1 | 07/19/01 | [Re: DEF 1] PMP Order granting motion to allow nonresident attorney Charles P. Murdter to appear & participate (15-1).  cc: USA, J. Nockels, C. Murdter |
| 21 - 1 | 07/19/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to continue trial (17-1) w/att aff/exhs. |
| 22 - 1 | 07/19/01 | DEF 1 motion to continue trial |
| 23 - 1 | 07/19/01 | DEF 1 motion for shortened time for consideration of #22 |
| 24 - 1 | 07/23/01 | DEF 1 reply to opposition to DEF 1 motion to continue trial (17-1) |
| 25 - 1 | 07/23/01 | DEF 1 Request for Oral Argument re: DEF 1 motion to continue trial (17-1) |
| 26 - 1 | 07/23/01 | [Re: DEF 1] HRH Minute Order granting motion for shortened time re #17 (18-1), motion for shortened time for consideration of #22 (23-1); hearing on motions to continue trial is set for 7/24/01 at 8:30 am. cc: USA, USM, PO, J. Nockels |
| 27 - 1 | 07/23/01 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 28 - 1 | 07/23/01 | [Re: DEF 1] PLF 1 Proposed  Jury Instructions. |
| 29 - 1 | 07/23/01 | [Re: DEF 1] PLF 1 Trial Brief. |
| 30 - 1 | 07/23/01 | DEF 1 Proposed Voir Dire. |
| 31 - 1 | 07/23/01 | DEF 1 Trial Brief. |
| 32 - 1 | 07/23/01 | DEF 1 Proposed Jury Instructions. |
| 33 - 1 | 07/23/01 | DEF 1 motion in limine to exclude def's statement |
| 34 - 1 | 07/25/01 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] hrg on mot to cont TBJ, held 7/24/01; mot granted, TBJ reset for 8/27/01 in Juneau; case reassigned to Judge Singleton.  cc: USA, USM, PO, J. Nockels, Judge |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                             "USA V KENNETH G. KLEPINGER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Singleton, MJ Pallenberg, JC |
| 35 - 1 | 07/25/01 | [Re: DEF 1] HRH Minute Order reassigning case to JKS, use J01-0003CR (JKS). cc: USA, J. Nockels, PO, USM, Judge Singleton, MJ Pallenberg |
| 36 - 1 | 07/26/01 | [Re: DEF 1] HRH Order for excludable delay re #17. |
| 37 - 1 | 08/01/01 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time for trial date setting conference w/att aff. |
| 38 - 1 | 08/01/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion in limine to exclude def's statement (33-1). |
| 39 - 1 | 08/07/01 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] status conference; oral mot to cont denied; oral mot granted - any mot for cont of trial to be filed NLT 10 days before trial date; oral mot for video taped deposition granted |
| 40 - 1 | 08/08/01 | DEF 1 Unopposed motion for in camera review of Mr Murdter's aff (w/att UNDER SEAL aff) |
| 41 - 1 | 08/08/01 | DEF 1 Unopposed motion for shortened time for consideration of mot to continue trial & motion for in camera review of Mr Murdter's aff |
| 42 - 1 | 08/08/01 | DEF 1 motion to continue trial. |
| 43 - 1 | 08/08/01 | DEF 1 Notice of filing faxed signature on aff of C. Murdter in support of mot to continue trial. |
| 44 - 1 | 08/08/01 | DEF 1 Request for Oral Argument re: DEF 1 motion to continue trial (42-1). |
| 45 - 1 | 08/09/01 | [Re: DEF 1] JKS Order denying motion to continue trial (42-1); granting motion Unopposed motion for in camera review of Mr Murdter's aff (40-1), motion Unopposed motion for shortened time for consideration of mot to (41-1) continue; TBJ will be held in Juneau starting 8/27/01 as scheduled. cc: USA, J. Nockels |
| 46 - 1 | 08/10/01 | [Re: DEF 1] JKS Minute Order denying w/o prejudice motion in limine to exclude def's statement (33-1). cc: USA, J. Nockels, MJ Pallenberg |
| 47 - 1 | 08/13/01 | DEF 1 reply to opposition to DEF 1 motion in limine to exclude def's statement (33-1) . |
| 48 - 1 | 08/13/01 | DEF 1 Request for Oral Argument re: DEF 1 motion in limine to exclude def's statement (33-1). |
| 49 - 1 | 08/13/01 | DEF 1 Unopposed motion to permit out-of-state travel to be with ailing mother and attend funeral; returning to state in time for 8/27/01 trial. |
| 50 - 1 | 08/13/01 | DEF 1 Unopposed motion for shortened time for consideration of motion to permit out-of-state travel w/att aff. |
| 51 - 1 | 08/13/01 | [Re: DEF 1] PLF 1 receipt for copies of discovery. |
| 52 - 1 | 08/13/01 | [Re: DEF 1] HRH Order granting unopposed motion to permit out-of-state travel (49-1), unopposed motion for shortened time for consideration of motion to travel (50-1). cc: USA, J. Nockels, PO |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                            "USA V KENNETH G. KLEPINGER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 53 - 1 | 08/22/01 | [Re: DEF 1] PLF 1 motion in limine. |
| 54 - 1 | 08/24/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion in limine. (53-1) |
| 55 - 1 | 08/24/01 | DEF 1 Exhibit List. |
| 56 - 1 | 08/31/01 | DEF 1 Unopposed Application re: non-resident attorney Shane Abma. |
| 57 - 1 | 08/31/01 | [Re: DEF 1] JKS Order granting application of Shane Abma. cc: cnsl |
| 58 - 1 | 09/05/01 | DEF 1 motion for judgment of acquittal as to CTs 2, 3, 10, 12, 17, 19, 23, 25-29, 30, 33, 34, 37, 42 and 47-56. |
| 59 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 1, held 8/27/01; jury selection completed. Court to reconvene 8/28/01 at 9:30 a.m. w/att jury panel list. |
| 60 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 2, held 8/28/01. Oral Motion in Limine granted. Court to reconvene 8/29/01 at 9:00 a.m. w/att jury note. |
| 61 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 3, held 8/29/01. Court recessed to reconvene 8/30/01 at 9:00 a.m. |
| 62 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 4, held 8/30/01, Court to reconvene 8/31/01 at 9:00 a.m. |
| 63 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 5, held 8/31/01. Court to reconvene 9/4/01 at 9:00 a.m. |
| 64 - 1 | 09/06/01 | [Re: DEF 1] PLF 1 Stipulation re: admission of exhs w/att exhs. |
| 65 - 1 | 09/06/01 | [Re: DEF 1] PLF 1 [Proposed Supplemental] Jury Instructions. |
| 66 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 6, held 9/4/01, Court to reconvene 9/5/01 at 9:00 a.m. |
| 67 - 1 | 09/06/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBJ Day 7, held 9/5/01. Defense motion as to Cts 2, 3, 10, 12, 17, 19, 23, 29, 30, 37, 42 and 47-56 DENIED; Defense motion as to Cts 25-28 and 33-34 GRANTED. Court to reconvene 9/6/01 at 9:00 a.m. |
| 68 - 1 | 09/07/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re: TBY Day 9 held 9/6/01. Court to reconvene 9/7/01 at 8:00 a.m. |
| 69 - 1 | 09/10/01 | DEF 1 Return of writ unserved on Barbara Ferries. |
| 70 - 1 | 09/10/01 | DEF 1 Return of svc of subpoena in a civil case, witness fee check & memo on Reba Reed on 8/31/01. |
| 71 - 1 | 09/12/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] TBJ Day 9, reconvene 9/8/01 at 9:00; jury note attached |
| 72 - 1 | 09/12/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] TBJ, Day 10, held 9/8/01, reconvene 9/9/01 at 9:00. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                              "USA V KENNETH G. KLEPINGER"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 73 - 1 | 09/12/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] TBJ, Day 11, held 9/9/01, reconvene 9/10/01 at 9:00. |
| 74 - 1 | 09/12/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] TBJ day 12, held 9/10/01, def found NG cts 1-5, 7, 9-12, 14, 16-17, 19-24, 29-32, 35-41, & 43; Guilty ct 42; IOS 11/26/01 in Juneau, at 10:15. cc: USA, USM, PO, J. Nockels, MJ Pallenberg |
| 75 - 1 | 09/12/01 | [Re: DEF 1] Jury Instructions |
| 76 - 1 | 09/12/01 | [Re: DEF 1] Verdict form |
| 77 - 1 | 09/14/01 | [Re: DEF 1] JKS Judgment re: def found not guilty on count(s) 1,2,3,4,5,7,9,10,11,12,14,16,17,19,20,21,22,23,24,29,30,31,32,35,36,37,38,3940,41,43 of the Indictment (1-1). cc: D. Cooper, J. Nockels, Def w/cnsl cy, USM, USPO, MJ Pallenberg |
| 78 - 1 | 09/17/01 | DEF 1 motion for judgment of acquittal on Counts 42 and 44-56. |
| 79 - 1 | 09/19/01 | DEF 1 motion to permit out-of-state travel & memo. |
| 80 - 1 | 09/21/01 | [Re: DEF 1] JKS Order granting motion to permit out-of-state travel (79-1). cc: D. Cooper, J. Nockels, USM, USPO |
| 81 - 1 | 09/25/01 | [Re: DEF 1] PLF 1 Notice of intent to retry charges on which the jury was unable to reach a verdict. |
| 82 - 1 | 10/02/01 | [Re: DEF 1] JKS Minute Order re: Trial setting conference is set for 10/5/01 at 9:00 a.m. in Courtroom #3 at Anchorage, Ak. cc: D. Cooper, J. Nockels, C. Murdter, Mj Pallenberg |
| 83 - 1 | 10/05/01 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re Trial Setting Conf (held 10/5/01); TBJ set for 11/19/01 in Juneau, AK before Judge Holland; pltf's oral request to file a written response to def's Rule 29 motion by COB today granted [OFF-RECORD: IOS before JKS 11/26/01 vacated]. cc: USA, J. Nochols, USM, USPO, MJ Pallenberg, Judge Holland, JC, ECR, Clerk, Chief Deputy, Legia |
| 84 - 1 | 10/05/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for judgment of acquittal on Counts 42 and 44-56. (78-1) w/att exh. |
| 85 - 1 | 10/17/01 | [Re: DEF 1] JKS Minute Order denying motion for judgment of acquittal on Counts 42 and 44-56 (78-1). cc: D. Cooper, J. Nockels, USM, USPO |
| 86 - 1 | 10/29/01 | DEF 1 motion for reconsideration (clarification) of defs motion for judgment of acquittal pursuatn to FRCP 29(c). |
| 87 - 1 | 10/31/01 | [Re: DEF 1] JKS Minute Order denying motion for reconsideration (clarification) of defs motion for judgment of acquittal (86-1). cc D. Cooper, J. Nockels |
| 88 - 1 | 11/06/01 | [Re: DEF 1] HRH Minute Order vacating 11/19/01 TBJ & resetting for 9:00 a.m., 12/10/01, before Judge Fitzgerald, in Juneau. cc: J. Nockels, USA, USM, PO, JC, Legia, MJ Pallenberg, Judge Singleton, Judge Fitzgerald |
| 89 - 1 | 11/08/01 | [Re: DEF 1] JWS Order of excludable delay under section 3161(h)(1)(F) (re #78) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
"USA V KENNETH G. KLEPINGER"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 90 - 1 | 11/08/01 | [Re: DEF 1] JWS Order of excludable delay under section 3161 (h)(1)(F) (re #86) |
| 91 - 1 | 11/08/01 | [Re: DEF 1] JKS Minute Order re: case is reassigned to Judge Holland. parties to use case No. J01-0003 CR (HRH) on all furture filings. cc: D. Cooper, J. Knockles, Judge Holland, MJ Pallenberg |
| 92 - 1 | 11/13/01 | [Re: DEF 1] Transcript Master Index. (located in expando) |
| 93 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 1 held on 8/27/01. (located in expando) |
| 94 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 2 held on 8/28/01.(located in expando) |
| 95 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 3 held on 8/29/01.(located in expando) |
| 96 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 4 held on 8/30/01.(located in expando) |
| 97 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 5 held on 8/31/01.(located in expando) |
| 98 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 6 held on 9/04/01.(located in expando) |
| 99 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 7 held on 9/05/01.(located in expando) |
| 100 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 8 held on 9/06/01.(located in expando) |
| 101 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 9 held on 9/07/01.(located in expando) |
| 102 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 10 held on 9/08/01.(located in expando) |
| 103 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 11 held on 9/09/01.(located in expando) |
| 104 - 1 | 11/13/01 | [Re: DEF 1] Transcript TBJ Day 12 held on 9/10/01.(located in expando) |
| 105 - 1 | 11/13/01 | DEF 1 appeal to 9CCA of (77-1) as to Ct 42. cc: cnsl, Judge, 9CCA, USM, USPO. |
| 106 - 1 | 11/20/01 | DEF 1 Errata re: notice of appeal (105-1).  Appeal to 9CCA re: judgment as to Ct 42 (77-1) and denial of motion for acquittal (85-1). cc: cnsl, Judge, USA, USM, USPO |
| NOTE - 4 | 11/28/01 | Transmittal: Forwarded notice of appeal (105-1) to 9CCA. |
| 107 - 1 | 11/28/01 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (105-1) cc: cnsl, 9CCA, ECR |
| 108 - 1 | 11/28/01 | [Re: DEF 1] cy 9CCA Certificate of Record. (105-1) cc: cnsl |
| 109 - 1 | 12/06/01 | [Re: DEF 1] Plea Agreement |
| 110 - 1 | 12/06/01 | [Re: DEF 1] HRH Minute Order vacating JMF TBJ in Juneau and setting PCOP before Judge Holland on 12/10/01, at 3:00 pm, in Anchorage. cc: USA, USM, PO, J. Nockels, Judge Fitzgerald, JC, C. Murdter, MJ Pallenberg |
| 111 - 1 | 12/10/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 112 - 1 | 12/11/01 | [Re: DEF 1] HRH Court Minutes [ECR: Robin Carter/Bonnie Boyer] PCOP held 12/10/01.  Def plead guilty to count 13 of the Indictment.  Court accepted plea. Conditions of release remain as previously set.  IOS to be set before Judge Singleton in 90 days.  cc: cnsl, Judge Singleton |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                                 "USA V KENNETH G. KLEPINGER"

                                     For all filing dates

 Document #    Filed       Docket text
 ──────────    ─────       ───────────

    113 -  1  12/17/01    [Re: DEF 1] JKS Minute Order re: scheduling conference is set 12/19/01
                          at 11:00 a.m. courtroom #3 for the purpose of setting IOS date. cc: D.
                          Cooper, J. Nockels, USM, USPO

    114 -  1  12/19/01    [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] Scheduling
                          conference held 12/19/01 OFF RECORD due to power outage.  IOS set for
                          9:00 a.m. 2/26/02, at Juneau, Ak.  cc: D. Cooper, J. Nockels, USM, USPO

    115 -  1  02/22/02    [Re: DEF 1] PLF 1 Sentencing Memorandum.

    116 -  1  03/01/02    [Re: DEF 1] JKS Court Minutes (Gala Nelson) IOS held 2/26/02; Def placed
                          on probation for 5 years w/special conditions; SA 200.00; Restitution
                          $141,176.20.

    117 -  1  03/01/02    [Re: DEF 1] HRH Minute Order reassigning case to Judge Singleton. cc:
                          USA, USM, PO, J. Nockels, Judge Singleton, MJ Pallenberg

    118 -  1  03/06/02    [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 13 of the Indictment
                          (1-1); found guilty on count(s) 42 of the Indictment (1-1).  Probation 5
                          years on each count to be served concurrent, w/special conditions.  SA
                          $200.00; Restitution $141,176.20.  cc: D. Cooper, J. Wilson, USM, USPO,
                          MJ Pallenberg, Def w/cnsl cy, FLU

    119 -  1  03/07/02    [Re: DEF 1] PLF 1 motion to dismiss remaining counts 5,8,15,18,44-56 of
                          the indictment.

    120 -  1  03/12/02    [Re: DEF 1] PLF 1 motion (Amended) to dismiss remaining counts 6,8,15,18
                          & 44 - 56.

    121 -  1  03/19/02    [Re: DEF 1] JKS Order granting motion (Amended) to dismiss remaining
                          counts 6,8,15,18 & 44 - 56 (120-1); terminating in light of this order:
                          motion to dismiss remaining counts 5,8,15,18,44-56 of the indictment
                          (119-1).  cc: cnsl, USM, USPO

    122 -  1  03/19/02    [Re: DEF 1] JKS Judgment of Discharge dismissed or Other count(s)
                          6,8,15,18,25,26,27,28,33,34,44,45,46,47,48,49,50,51,52,53,54,55,56 of
                          the Indictment (1-1). Court granted the motion for disissal of counts 6,
                          8, 15, 18 and 44 - 56.  cc: D. Cooper, J. Wilson, USM, USPO, MJ
                          Pallenberg, Def w/cnsl cy

    123 -  1  03/29/02    [Re: DEF 1] Transcript re:IOS held 2/26/02.

    124 -  1  04/09/02    [Re: DEF 1] Copy of Order from 9CCA granting motion to dismiss appeal.
                          (105-1) cc: cnsl

   NOTE -  5  04/10/02    Issued: writ of execution on DEF 1 re: PFD.

    125 -  1  04/10/02    [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD.

    126 -  1  10/21/02    USM Return of svc on writ of execution re: DEF 1 partially satisfying
                          writ in the amt of $1,538.76 (receipt # 0018751) on 8/1/02.

    127 -  1  11/15/02    [Re: DEF 1] PLF 1 motion to release attached PFD funds.

    128 -  1  11/20/02    [Re: DEF 1] JKS Order granting motion to release attached PFD funds
                          (127-1). cc: USA, J. Wilson, Finance
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J01-0003--CR (JKS)
                            "USA V KENNETH G. KLEPINGER"

                                  For all filing dates


Document #   Filed      Docket text

   129 -  1  04/30/04   DEF 1 motion to amend judgment to exempt defendant from drug testing
                        requirement.

   130 -  1  05/05/04   [Re: DEF 1] PLF 1 non-oppo to DEF 1 mot to amend judg to exempt def from
                        drug testing requirement (129-1).

   129 -  2  05/07/04   [Re: DEF 1] JKS Order granting mot to amend judg to exempt def from drug
                        testing requirement (129-1). cc: USA, J. Wilson, USPO

  NOTE -  6  05/12/05   Issued: writ of execution re: DEF 1 on PFD.

   131 -  1  05/12/05   [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

   132 -  1  11/04/05   USM Return of svc on writ of execution re: DEF 1 re: PFD on 5/16/05 in
                        the amt of $843.76.

   133 -  1  12/09/05   [Re: DEF 1] PLF 1 motion to release att PFD funds in the amt of $843.76.

   134 -  1  12/15/05   [Re: DEF 1] JKS Order granting motion to release att PFD funds in the
                        amt of $843.76 (133-1). cc: USA, Finance
```